| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 |  APPROVED |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bowdre, Karon O. | 2. Court or Organization<br><br>U. S. District Court, Alabama | 3. Date of Report<br><br>07/30/2010 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Hugo Black Courthouse<br>1729 Fifth Avenue North<br>Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Proprietor | Juliette Farms f/k/a KayBee Saddlebreds |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 2001 | Samford University (Defined Benefit Plan)-vested benefits in plan of former employer. |
| 2. | |
| 3. | |

2010 AUG 19 A 10: 12 RECEIVED<br>FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 07/30/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Juliette Farms fka Kaybee Saddlebreds (Breed, Train & Show American Saddlebred Horses) | $0.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self-Employed Law Practice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University | March 19-23, 2009 | Malibu, CA | Judicial Clerkship Seminar | Reimbursement for hotel, travel, & meals |
| 2. | DLA Piper, LLP & University of Maryland | April 16-19, 2009 | Baltimore, MD | Moot Court Competition Law firm seminar | Reimbursed for air, hotel, & meals |
| 3. | Primerus Conference | April 24-26, 2009 | Tuscon, AZ | Taught at attorney conference | Reimbursed for air, hotel, & meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 07/30/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LLC #1- Hwy 280, LLC / Real Estate 1, Birmingham, AL | C | Rent | J | W | | | | | |
| 2. First Commercial Bank Acct | A | Interest | J | T | | | | | |
| 3. First Commercial Bank Acct | A | Interest | J | T | | | | | |
| 4. American Fund-Fundamental Investors | A | Dividend | J | T | | | | | |
| 5. American Fund-Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 6. American Fund-Capital World Growth and Income | A | Dividend | J | T | | | | | |
| 7. Merrill Lynch Bank Deposit Program (See Part VIII) | A | Dividend | J | T | | | | | |
| 8. Janus Investment Fund - Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 9. Fundamental Investors | A | Dividend | K | T | | | | | |
| 10. Growth Fund of America | A | Dividend | J | T | | | | | |
| 11. Citibank Smith Barney Money Fund | A | Dividend | L | T | | | | | |
| 12. RGBK Common Stock | A | Dividend | | | Sold | 09/24/09 | J | | |
| 13. Legg Mason Value Trust | A | Dividend | K | T | Sold (part) | 09/24/09 | J | | |
| 14. Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 15. Walmart Stores Common Stock | A | Dividend | J | T | | | | | |
| 16. Fundamental Inves.Fund (IRA) | A | Dividend | J | T | Sold (part) | 10/23/09 | J | A | |
| 17. Growth Fund of America (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 07/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New Perspective Fund (IRA) | A | Dividend | J | T | | | | | |
| 19. Small Cap World Fund-IRA | A | Dividend | J | T | | | | | |
| 20. Cap. World Growth&Inc-IRA | B | Dividend | K | T | Sold (part) | 04/23/09 | J | | |
| 21. Euro Pac Growth-IRA | B | Dividend | L | T | Sold (part) | 04/23/09 | J | | |
| 22. Invest Co of Amer-IRA | B | Dividend | L | T | | | | | |
| 23. Wash Mut. Inv Fund-IRA | B | Dividend | K | T | Sold (part) | 10/22/09 | K | | |
| 24. Fidelity Disc Equity-IRA | A | Dividend | J | T | | | | | |
| 25. Inv. Co. of America Fund | A | Dividend | J | T | | | | | |
| 26. Trust I; Inc.Benef.; Trustee=▓▓▓, See Part VIII | E | Dividend | O | W | | | | | |
| 27. Regions Bank Acct | B | Interest | L | T | | | | | |
| 28. American New Perspective Fund | A | Dividend | J | T | | | | | |
| 29. Trust II; Inc. Bene.▓▓▓=Trustee, See Part VIII. | E | Dividend | P1 | W | | | | | |
| 30. 401(k) John Hancock, See Part VIII. | D | Dividend | N | T | Buy (add'l) | 01/02/09 | K | | |
| 31. Lawfirm Capital Contribution ▓▓▓, See Part VIII | | None | K | W | | | | | |
| 32. Trust III; Inc Benef; Life Ins; Trustee▓▓▓ See Part VIII | | None | K | W | | | | | |
| 33. Trust IV, Inc Benef; Life Ins; Trustee▓▓▓ See Part VIII | | None | K | W | | | | | |
| 34. Disney Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 07/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Merrill Lynch Bank Deposit Program (See Part VIII) | A | Interest | J | T | | | | | |
| 36. Columbia Funds, Intl Value Fd Inv. CL A | A | Dividend | J | T | | | | | |
| 37. Merrill Lynch Bank Deposit Program (See Part VIII) | A | Interest | J | T | | | | | |
| 38. Perkins Fd- Small Cap & Value Fund-IRA (See Part VIII) | A | Dividend | K | T | | | | | |
| 39. T. Rowe Price Mid-Cap Growth Fund-IRA | A | Dividend | L | T | | | | | |
| 40. General Electric Company Common Stock | A | Dividend | J | T | | | | | |
| 41. New England Financial Permanent Life Insurance | A | Dividend | K | T | | | | | |
| 42. New England Financial- Permanent Life Insurance Policy | A | Dividend | K | T | | | | | |
| 43. Metlife Permanent Life Ins. | B | Dividend | L | T | | | | | |
| 44. Alliance Bernstein Wealth Appreciation Fund (See Part VIII) | A | Interest | K | T | Buy | 02/15/09 | K | | |
| 45. T. Rowe Price Mid Cap Growth Fund | A | Dividend | J | T | | | | | |
| 46. Eurapacific Growth Fund | A | Dividend | J | T | | | | | |
| 47. Capital World Growth | A | Dividend | K | T | | | | | |
| 48. Capital World Growth | A | Dividend | J | T | | | | | |
| 49. Intermediate Bond Fund of America | A | Dividend | J | T | | | | | |
| 50. Real estate investment, ▓▓▓▓ Panama City, FL | | None | J | W | | | | | |
| 51. Stern Agee Cash Trust Prime Money Market (See Part VIII) | | None | | | Sold | 11/18/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 07/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Europacific Growth Fund Cl A | B | Dividend | J | T | | | | | |
| 53. Fundamental Investments Inc. Cl F | B | Dividend | L | T | | | | | |
| 54. Fidelity Funds Cash Reserves | A | Dividend | J | T | | | | | |
| 55. ING - Life Insurance Policy | A | Dividend | J | T | | | | | |
| 56. LLC #4 - Iris, LLC, Real estate investment; Birmingham, AL | D | Distribution | M | W | | | | | |
| 57. Citadel Broadcasting | A | Dividend | J | T | | | | | |
| 58. Dell, Inc. | A | Dividend | | | Sold | 10/22/09 | J | B | |
| 59. Proshares Ultra Financial | A | Dividend | | | Sold | 09/24/09 | J | | |
| 60. General Electric Cap Corp. Notes | A | Dividend | | | Sold | 10/22/09 | J | C | |
| 61. New World Fund | A | Dividend | K | T | | | | | |
| 62. T. Rowe Price Equity Inc. | A | Dividend | | | Sold | 03/12/09 | J | | |
| 63. Fairholme FDS, Inc. | A | Dividend | J | T | | | | | |
| 64. Royce Special Equity | A | Dividend | J | T | | | | | |
| 65. Dodge & Cox Int'l Stock | A | Dividend | J | T | | | | | |
| 66. T. Rowe Price Cap Apprec. | A | Dividend | J | T | | | | | |
| 67. American Tax Exempt Bond Fund CL-C | A | Dividend | J | T | | | | | |
| 68. Cap Inc Bldr FD CLC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 07/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Fundamental Inv. Inc. | A | Dividend | J | T | | | | | |
| 70. New World Fund | A | Dividend | J | T | | | | | |
| 71. Wells Fargo Co. | A | Dividend | J | T | | | | | |
| 72. Income Fund America | A | Dividend | J | T | | | | | |
| 73. American Tax Exempt Bond Fund CL-C | A | Dividend | J | T | | | | | |
| 74. Cap Inc. Bldr CL C | A | Dividend | J | T | | | | | |
| 75. Cap World Growth & Inc.. | A | Dividend | J | T | | | | | |
| 76. SPDR Gold Trust | A | Dividend | J | T | Buy | 10/22/09 | J | | |
| 77. SPDR Gold Trust | A | Dividend | K | T | Buy | 10/22/09 | K | | |
| 78. Powershares DB Commodity | A | Dividend | K | T | Buy | 04/23/09 | K | | |
| 79. Merrill Lynch Bank Deposit Account | A | Dividend | J | T | Buy | 10/19/09 | J | | |
| 80. TD Bank USA FDIC Ins. Deposit Account (See Part VIII) | A | Dividend | J | T | Buy | 11/23/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 07/30/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Trust I is a trust created by family members other than the reporting person▓▓▓▓. Its asset is an interest in▓▓▓▓▓▓▓▓, that is invested through ▓▓▓▓▓▓▓▓▓▓▓ and▓▓▓▓▓▓▓▓ in the investments (see attached list).

Trust II is a trust created by▓▓ members other than the reporting person▓▓▓▓. Its assets are an interest in▓▓▓▓▓▓▓ (see above) and an interest in▓▓▓▓▓▓ that is invested through▓▓▓▓▓▓▓▓▓, and▓▓▓▓ | | in the investments (see attached list).

401(k): (Line 30) John Hancock Pensions: Investments are in: Investment Company of America, Davis New York Venture, 500 Index Fund, Franklin Balance Sheet, Mutual Global Discovery, Europacific Growth Fund. Contributions to the Plan and purchases by the Plan to the preselected funds are made throughout the year.

Lawfirm Capital Contribution▓▓▓▓ is in the law firm▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in Birmingham, AL.

Trust III owns a life insurance policy issued by Phoenix Mutual Life Insurance Company and stock issued by Phoenix Mutual.

Trust IV owns a life insurance policy issued by Northwestern Mutual Life Insurance Company.

Partial sales in some holdings did not change year-end category listings.

Lines 7, 35, & 37 changed from one cash account through Wachovia to one at Merrill Lynch with the relocation of the broker and without direction of the owner.

(Line 38) - Janus Invt. Fd Small Cap & Value Fund - IRA changed its name to Perkins Small Cap & Value Fund - IRA.

(Line 44) - The previous transfer of UBS Cash Fund balance into Alliance Bernstein Wealth Appreciation Fund by the initiative of the acting broker in February 2007 was overlooked.

(Line 51) - When the broker of record changed clearing houses, the default cash account at the old clearing house was sold (line 51) and then "purchased" (Line 80) without direction of the owner.

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 07/30/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

*Attachment*

<u>Notes on Trusts I & II; listed in Part VIII:</u>



Investment accounts and allocations are selected by ████████████ representatives.